UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RACHELLE CHAPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:19-CV-189-D** |
| ) | |
| CKE RESTAURANS HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS CKE's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) [D.E. 12] and DISMISSES the complaint WITHOUT PREJUDICE.

**This Judgment Filed and Entered on March 12, 2020, and Copies To:**

| | |
|---|---|
| Benjamin J. Sweet | (via CM/ECF electronic notification) |
| Nathaniel J. Pencook | (via CM/ECF electronic notification) |
| Kieran J. Shanahan | (via CM/ECF electronic notification) |
| Adam Karl Doerr | (via CM/ECF electronic notification) |
| Mark A. Hiller | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

March 12, 2020  (By) /s/ Nicole Sellers

Deputy Clerk